Dennis Michael Gieck
PLAINTIFF/PETITIONER/MOVANT'S NAME

K76640
PRISON NUMBER

CTC-R.J. Donovan
PLACE OF CONFINEMENT

840 Alto Rd, San Diego, CA
ADDRESS

2254    1983 ✓
FILING FEE PAID ✓
Yes _____ No ✓
IFP MOTION FILED
Yes ✓ No
CONSENT TO
Court ✓ Pro Se

FILED
AUG 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

Dennis Michael Gieck,
_____
Plaintiff/Petitioner/Movant

v.

R.J. Donovan, et al ,
_____
Defendant/Respondent

Civil No. '08 CV 1460 DMS JMA
_____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Dennis Michael Gieck ,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration _____
    Are you employed at the institution?            ☐ Yes ☒ No
    Do you receive any payment from the institution?    ☐ Yes ☒ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 2/05)                    -1-                    K:\COMMON\FORMS\CIV-67

Are you currently employed? ☐ Yes ☒ No

a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name

and address of your employer._____

_____

_____

_____

b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages

and pay period and the name and address of your last employer. _August 1984 ; $240.00_

_a week ; The Edward Fineman Company_

_Santa Fe Springs._

_____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No
   c. Pensions, annuities or life insurance    ☐ Yes ☒ No
   d. Disability or workers compensation    ☐ Yes ☒ No
   e. Social Security, disability or other welfare    ☐ Yes ☒ No
   e. Gifts or inheritances    ☒ Yes ☐ No
   f. Spousal or child support    ☐ Yes ☒ No
   g. Any other sources    ☒ Yes ☐ No

If the answer to any of the above is "Yes" describe each source and state the amount received and what you

expect you will continue to receive each month. _Postage stamps sent by_

_friends and Christian brothers outside ;_

_I also do legal work and other analyses (approx $18 a mo.)._

4. Do you have any checking account(s)?  ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?  ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?  ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes  ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes   ☒ No
If "Yes" describe the property and state its value. _____

_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _not applicable_

_____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _Debts are approximately $10,000 to the state of California Restitution Fund and to the U.S.D.C. for the Southern District of California._

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _not applicable_

_____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. _____
_not applicable_

_____

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

7-22-2008
_____
DATE

7-29-2008
_____
SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

---

## PRISON CERTIFICATE
### (Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _____ *Gieck* _____,
(NAME OF INMATE)

_____ *K76640* _____,
(INMATE'S CDC NUMBER)

has the sum of $___*0*___ on account to his/her credit at _____

_____ *Calipatria State Prison* _____.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ___*N/A*___

to his/her credit according to the records of the aforementioned institution. I further certify that **during**

the past six months the applicant's *average monthly balance* was $ ___*0*___,

and the *average monthly deposits* to the applicant's account was $___*0*___.

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

___*9-6-07*___
DATE

___*F. Robles*___
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

___*F. Robles*___
OFFICER'S FULL NAME (PRINTED)

___*Account Clerk II*___
OFFICER'S TITLE/RANK

CIV-67 (Rev. 2/05)                    —4—                    K:\COMMON\FORMS\CIV-67

```
CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: APR. 05, 2007 THRU SEP. 05, 2007
```

ACCOUNT NUMBER : K76640           BED/CELL NUMBER: FD0100000000112L
ACCOUNT NAME    : GIECK, DENNIS MICHAEL      ACCOUNT TYPE: I
PRIVILEGE GROUP: B

## TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

### CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 02/01/2007 | H109 | LEGAL POSTAGE HOLD | 01-27/4120 | 4.20 |
| 08/07/2007 | H200 | GENERAL HOLD | ENVEL 0771 | 0.30 |
| 08/07/2007 | H109 | LEGAL POSTAGE HOLD | 8/6    0773 | 1.14 |
| 08/07/2007 | H109 | LEGAL POSTAGE HOLD | 8/6    0773 | 4.60 |
| 08/07/2007 | H109 | LEGAL POSTAGE HOLD | 8/6    0773 | 12.50 |
| 08/09/2007 | H109 | LEGAL POSTAGE HOLD | 08-07/0831 | 5.05 |
| 08/09/2007 | H109 | LEGAL POSTAGE HOLD | 08-07/0831 | 5.05 |
| 08/14/2007 | H118 | LEGAL COPIES HOLD | 08-07/0911 | 94.70 |
| 08/14/2007 | H118 | LEGAL COPIES HOLD | 08-09/0911 | 149.10 |
| 08/14/2007 | H200 | GENERAL HOLD | 08-07/0915 | 0.30 |
| 08/14/2007 | H200 | GENERAL HOLD | 08-09/0915 | 0.30 |
| 08/15/2007 | H118 | LEGAL COPIES HOLD | 08-13/0950 | 95.10 |
| 08/15/2007 | H200 | GENERAL HOLD | 08-13/0953 | 0.15 |
| 08/15/2007 | H109 | LEGAL POSTAGE HOLD | 08-13/0955 | 4.60 |
| 08/15/2007 | H109 | LEGAL POSTAGE HOLD | 08-13/0955 | 11.00 |
| 08/15/2007 | H109 | LEGAL POSTAGE HOLD | 08-09/0955 | 15.35 |
| 08/15/2007 | H109 | LEGAL POSTAGE HOLD | 08-09/0955 | 0.97 |
| 08/15/2007 | H109 | LEGAL POSTAGE HOLD | 08-09/0955 | 1.31 |
| 08/20/2007 | H109 | LEGAL POSTAGE HOLD | 08-15/0997 | 4.60 |
| 08/20/2007 | H109 | LEGAL POSTAGE HOLD | 08-15/0997 | 6.30 |
| 08/21/2007 | H118 | LEGAL COPIES HOLD | 08-15/1053 | 63.00 |
| 08/21/2007 | H200 | GENERAL HOLD | 08-15/1056 | 0.15 |
| 08/24/2007 | H118 | LEGAL COPIES HOLD | 08-15/1170 | 3.00 |
| 08/24/2007 | H109 | LEGAL POSTAGE HOLD | 08-22/1173 | 0.97 |
| 08/24/2007 | H109 | LEGAL POSTAGE HOLD | 08-22/1173 | 0.97 |
| 08/27/2007 | H110 | COPIES HOLD | 08/27 1205 | 1.00 |
| 08/28/2007 | H118 | LEGAL COPIES HOLD | 8/22   1239 | 4.90 |
| 08/28/2007 | H200 | GENERAL HOLD | ENVEL 1246 | 0.30 |
| 09/05/2007 | H109 | LEGAL POSTAGE HOLD | 8/30   1323 | 5.70 |
| 09/05/2007 | H109 | LEGAL POSTAGE HOLD | 8/30   1323 | 10.35 |
| 09/05/2007 | H118 | LEGAL COPIES HOLD | 8/29   1326 | 189.50 |
| 09/05/2007 | H118 | LEGAL COPIES HOLD | 8/31   1326 | 150.80 |
| 09/05/2007 | H200 | GENERAL HOLD | ENVEL 1334 | 0.15 |
| 09/05/2007 | H200 | GENERAL HOLD | ENVEL 1334 | 0.30 |

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: APR. 05, 2007 THRU SEP. 05, 2007

ACCT: K76640        ACCT NAME: GIECK, DENNIS MICHAEL        ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 847.71 | 0.00 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 9-6-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
----------
847.71-
----------
----------

6.