Dennis Michael Gieck
(Name)
840 Alta Road
(Address)
San Diego CA 92719
(City, State, Zip)
K76640
(CDC Inmate No.)

ORIGINAL

**FILED**
SEP 2 – 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NUNC PRO TUNC
AUG 2 5 2008

# United States District Court
## Southern District of California

Dennis Michael Gieck,
(Enter full name of plaintiff in this action.)

                            Plaintiff,

v.

Richard J. Donovan, Warden;
                        et al,
_____,
_____,
(Enter full name of each defendant in this action.)
                            Defendant(s).

Civil Case No. 08CV1460 DMS(JMA)
(To be supplied by Court Clerk)

REQUEST TO ADD PLAINTIFF'S EXHIBIT "A"
Complaint under the
Civil Rights Act
42 U.S.C. § 1983
TO THE GIECK V. DONOVAN, ET AL
CIVIL ACTION.

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Dennis Michael
(print Plaintiff's name)
Gieck_____, who presently resides at Richard J.
                                               (mailing address or place of confinement)
Donovan Correctional Center_____, were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at _____
_____ on (dates) _____, _____, and _____.
(institution/place where violation occurred)                  (Count 1)    (Count 2)    (Count 3)

§ 1983 SD Form
(Rev 4/06)

EXHIBIT "A" to: The U.S. District Judges
of the U.S. District Court, Southern District
of California

Case 3:08-cv-01460-DMS-JMA   Document 4   Filed 09/02/2008   Page 2 of 4

8-19-2008

1 of 2

Dear Ms. Walter, Deputy Attorney General:

Re: Gieck v. Donovan, et al

Recently I was subjected to some rather unpleasant aversion principles in several cells at R.J. Donovan Correctional Institution which resulted in severe damage to my face, neck and forehead. The worst physical damage occurred to my face, on the right side, where horrible scarring occurred.

My point in writing is this, Ms. Walter: I exist in the microcosm of California Department of Corrections and I just want my facial disfiguration fixed with moderate compensation for my family. I don't want to destroy anyone or anything; I am a very simple born again Christian man.

I can explain the internal structure and inner scientific "phenomena" of the aversion

cells, with their laser tracking devices and infrared sensors; but is it really necessary. The hologram *principle has been in existence for years [*computerized].

The damage is done. I have suffered extensively, horribly, but I truly think it is in the best of everyone's interest to solve this quietly.

Your time, effort and professionalism are greatly appreciated. If I don't hear from you by way of facsimile at (562)943-0351, or by letter, or by CDCR facsimile, then I'll deal with this issue differently.

[Electricity arcs throughout the cell, shocking its occupants.]

Thank you,
Dennis Gieck
K76640; E3-14-107L

# VERIFICATION

STATE OF CALIFORNIA  
COUNTY OF SAN DIEGO → Gieck v. Donovan, et al

(C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746)

I, Dennis Gieck, DECLARE UNDER THE PENALTY OF PERJURY THAT: I AM THE Declarant/Prisoner IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 20th DAY OF August, 2008, AT R.J.D. STATE PRISON, 480 Alta Road, San Diego, CA 92179

(SIGNATURE) _____  
(DECLARANT/PRISONER) Dennis Michael Gieck

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, Dennis Gieck, AM A RESIDENT OF R.J.D. STATE PRISON, IN THE COUNTY OF S.D., STATE OF CALIFORNIA; I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: _____

ON 8-20-2008, I SERVED THE FOREGOING:  
EXHIBIT "A" in Gieck v. Donovan, et al  
AVERSION CELL PRINCIPLES DOCUMENT  
(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE(S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT Richard J. Donovan Correctional Facility

TO: Ms. Karen M. Walter  
Deputy Attorney General  
Office of the Attorney General  
110 West A Street  
Suite 1100  
San Diego, CA 92181-8900

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: 8, 20, 2008  
(DECLARANT/PRISONER)