Dennis Michael Gieck
(Name)

840 Alta Road
(Address)

San Diego, CA 92719
(City, State, Zip)

K76640
(CDC Inmate No.)

**NUNC PRO TUNC**

**AUG 26 2008**

**FILED**
SEP 2 - 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District of California

08cv1460 DMS (JMA)

Dennis Michael Gieck,
(Enter full name of plaintiff in this action.)

      Plaintiff,

v.

R. J. Donovan, Warden;
John Doe Number 1;
John Doe Number 2;
John Doe Number 3;
(Enter full name of each defendant in this action.) et al,
      Defendant(s).

PL. REQUESTS LEAVE OF COURT TO FILE:

Civil Case No. _____
(To be supplied by Court Clerk)

MOTION-REQUEST TO ADD NAMES AND CIVIL Complaint under the Civil Rights Act 42 U.S.C. § 1983 RIGHTS VIOLATIONS TO U.S.D.C. CASE GIECK V. DONOVAN, ET AL [SUPPLEMENT]

DATE:
TIME:

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

### B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, **Dennis Michael Gieck**, (print Plaintiff's name) who presently resides at **Richard J. Donovan, CTC, 840 Alta Road, San Diego, CA 92719** (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at **R. J. Donovan Correctional Center** (institution/place where violation occurred) on (dates) **5-15-2008** (Count 1), **5-16-2008** (Count 2), and **7-14-2008** (Count 3).

§ 1983 SD Form
(Rev. 4/06)

1.

2. **Defendants**: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **R.J. Donovan** resides in **San Diego**,
(name)                                    (County of residence)
and is employed as a **Warden-superintendent**. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Defendant R.J. Donovan is the Supervisor of the three below-named Defendants who systematically physically tortured Gieck.**

Defendant **John Doe No. 1** resides in **San Diego**,
(name)                                    (County of residence)
and is employed as a **Computer Operator**. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **John Doe 1 is a computer operator who relentlessly shocked Plaintiff Gieck and very maliciously violated Plaintiff's civil rights (6 a.m. - 2 p.m.)**

Defendant **John Doe No. 2** resides in **San Diego**,
(name)                                    (County of residence)
and is employed as a **Computer Operator**. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **John Doe 2 is a computer operator who very maliciously violated Plaintiff Gieck's federally protected constitutional rights (2 p.m. - 10 p.m.)**

Defendant **John Doe No. 3** resides in **San Diego**,
(name)                                    (County of residence)
and is employed as a **Computer Operator**. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **John Doe 3 is a computer operator who very maliciously violated Plaintiff Gieck's federal civil rights (10 p.m. - 6 a.m.).**

§ 1983 SD Form
(Rev 4/06)

2.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.) COUNTS 1-3

Count 1̶-3̶ The following civil right has been violated: Due process, "atypical and significant hardships", "cruel...unusual punishment." (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.) SANDIN V. CONNER 515 U.S. 484-486 (1995). Estelle v. Gamble 429 U.S. 97 S.CT. 104-105. Sandin 515 U.S. at 472 "High misconduct"

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

Count 1: On May 15, 2008, Plaintiff Dennis Michael Gieck was repeatedly shocked while housed in F2-6-211L, in a retaliatory effort to dissuade above-named Plaintiff to drop his remaining lawsuit(s). Plaintiff suffered horribly. Computer operators determined the "punishment" utilizing an integrated torture cell capability developed to physically and mentally torture probable enemy combatants [Pl.'s Exhs. "AC" 1-2].

Count 2: On May 16, 2008, Plaintiff Dennis Michael Gieck was repeatedly tortured and shocked with various intracellular torturing devices comprising strong electroshock capability and fiber optic laser light optical illusions (to terrify Plaintiff Gieck). See Exhs. "AC" 1-2.

Count 3: On July 14, 2008, while housed in F3-12-104L Plaintiff Gieck was again repeatedly shocked and tortured with electricity comprising strong physical and mental torture. This continues to occur in cell 107L, F3-14, in an all-out effort to force Plaintiff under complete coercion and duress to drop his lawsuits.

In acting in the above-described horrific manner, the above Defendants Donovan and John Does 1-3, willfully, knowingly, wickedly and maliciously violated Plaintiff's Eighth and Fourteenth Amendment rights

§ 1983 SD Form
(Rev. 4/06)

3.

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): SAME AS IN GIECK V. DONOVAN, ET AL; THIS IS THE SAME CASE ENTITLED GIECK V. DONOVAN, ETAL, IN THE U.S. District Court for the Southern District of CA.

2. Damages in the sum of $ OPEN

3. Punitive damages in the sum of $ 500,000

4. Other: SAME

### F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

Same as in Gieck v. Donovan; IFP MOTION WITH TRUST ACCOUNT STATEMENT PREVIOUSLY SENT BY PLAINTIFF

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

August 22, 2008
Date

Signature of Plaintiff

### VERIFICATION

AG'S OFFICE NOTIFIED. PLAINTIFF'S MOTION AND EXHS. "AC" 1-2.

I declare under penalty of perjury the foregoing is true and correct. 4.

§ 1983 SD Form
(Rev. 4/06)

PLAINTIFF'S EXHIBIT "AC" 1 IN GIECK V. DONOVAN, ET AL
FACILITY 2, BUILDING "6", CELL 211L
AVERSION CELL
## TORTURE CELL

A COMPUTER OPERATOR(S) CONTROLS ELECTROSHOCK AND OTHER PHYSICAL AND MENTAL TORTURING DEVICES



TOP VIEW

PL.'S EXH. "AC" 1
ABOVE CELL
WHERE PLAINTIFF'S FEDERALLY PROTECTED CIVIL RIGHTS WERE VIOLATED

5.

PLAINTIFF'S EXHIBIT "AC"2 IN GIECK v. DONOVAN, ET AL
AVERSION SHOWER



STUCCO DISGUISED CAMERA SYSTEM

HIDDEN INTERNAL SPEAKER SYSTEM THROUGHOUT SHOWER TO FRIGHTEN, UNNERVE AND HUMILIATE PLAINTIFF GIECK

PL.'S EXH. "AC"2

6.