August 29, 2008

FILED

SEP 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

08CV1460-DMS-JMA

Attention:    U.S. District Court
              Chief Judge Irma E. Gonzalez

Regarding:    Dennis Michael Gieck  K-76640
              F3-14-107L
              R.J. Donovan Correctional Facility
              P.O. Box 799003
              San Diego, CA 92179

My brother has asked my help in getting some information to your office because he is having trouble receiving and sending legal mail at the facility he is currently residing. I really do not know any of the particulars, but I am sending the letter he wrote to me with the information that he felt necessary for your office to be informed that has been sent to your office, not knowing if it has been received.

Thank you for your time,

Diane Weaver
714-403-3851