1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9        FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

11  DENNIS MICHAEL GIECK,                Case No.: 08-cv-1460 DMS (JMA)
12                          Plaintiff,   **ORDER FOR WRIT OF HABEAS
                                          CORPUS AD TESTIFICANDUM TO
13          v.                            PRODUCE INMATE DENNIS MICHAEL
                                          GIECK FOR TRIAL**
14  CMO ROMERO, M.D.; CMO LEVIN, M.D.;
    ANDERSON, M.D.; JAYASUNDARA, N.P.,   Judge:      The Honorable Dana M. Sabraw
15                                        Courtroom: 10
                          Defendants.     Trial Date  May 3, 2010
16                                        Time:       9:00 a.m.
17

18        Plaintiff Dennis Michael Gieck (CDCR No. K76640), is a necessary and material witness in
19  proceedings in this case and is confined at R.J. Donovan Correctional Facility at San Diego,
20  California, in the custody of the Warden.  In order to secure Plaintiff's attendance at the trial in
21  this case, it is necessary that a writ of habeas corpus ad testificandum issue commanding
22  Plaintiff's custodian to produce Plaintiff in Courtroom 10 of the United States District Courthouse
23  for the Southern District of California, at 940 Front Street, San Diego, California 92101 (the
24  Honorable Dana M. Sabraw presiding) beginning on May 3, 2010, at 9:00 a.m.
25  / / /
26  / / /
27  / / /
28  / / /

                              1

**ACCORDINGLY, IT IS ORDERED** that:

1.     A writ of habeas corpus ad testificandum shall issue, under the seal of this Court, commanding the Warden of R.J. Donovan Correctional Facililty and the California Department of Corrections and Rehabilitation to produce Dennis Michael Gieck (CDCR No. K76640) to testify in the United States District Court for the Southern District of California at the time and place noted above, and continuing from day to day until completion of court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution.

2.     The custodian of Dennis Michael Gieck (CDCR No. K76640) is ordered to notify the Court of any change in custody of this inmate during the pendency of these trial proceedings, and is ordered to provide the new custodian with a copy of this Order.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The Warden of R.J. Donovan Correctional Facility at 480 Alta Rd., San Diego, California 92179:

**YOU ARE COMMANDED** to produce Dennis Michael Gieck (CDCR No. K76640) to appear as a party and to testify before the United States District Court for the Southern District of California beginning on May 3, 2010, at 9:00 a.m., and continuing from day to day until completion of the trial proceedings or as ordered by the Court.  In the event the trial proceedings continue beyond May 3, 2010, then you are permitted to return Dennis Michael Gieck to R.J. Donovan Correctional Facility after the close of proceedings each day, provided that you return him to court each following business day for trial proceedings commencing at 9:00 a.m.  This process shall continue from day to day until the completion of all trial proceedings.  Upon completion of all trial proceedings, you are to return Dennis Michael Gieck to R.J. Donovan Correctional Facility, whereupon his further custodial status and placement shall be matters determined by the authorities of the California Department of Corrections and Rehabilitation in accordance with the discretion afforded them by law.

/ / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FURTHER, during the pendency of these trial proceedings, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian of Dennis Michael Gieck (CDCR No. K76640) with a copy of this writ.

IT IS SO ORDERED.

Dated: April 19, 2010

_____
The Honorable Dana M. Sabraw
Judge of the United States District Court

3

(08-1460 DMS (JMA))